# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TAMARA WILLIAMS, on behalf of herself and all similarly situated persons, ) ) ) Plaintiff, ) ) v. ) ) THE LASIK INSTITUTE, LLC; JAMES RYNERSON, M.D.; JAMES M. RYNERSON, M.D. PSC; VISION GROUP HOLDINGS, LLC; AUDAX GROUP, LIMITED PARTNERSHIP; AUDAX MANAGEMENT COMPANY, LLC; LVI SUPER INTERMEDIATE HOLDINGS, INC.; LVI INTERMEDIATE HOLDINGS, INC. d/b/a VISION GROUP HOLDINGS, LLC; LVI HOLDCO, LLC; AG LVI HOLDINGS, LLC; 9597930 CANADA, INC.; MARK JAMIE COHEN; AVI A. WALLERSTEIN; MICHAEL C. FONDO; LISA ANN MELAMED; RAYMOND R. MONTELEONE; BEN L. COOK; MARK A. HOCKENSON; BILL WOLZ; CHRIS FOLSON; ERIKA JACKSON, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Case No. 2:20-cv-02402-JPM-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Rynerson and LVI Defendants' October 13, 2020 Motions to Dismiss (ECF Nos. 85, 86) and this Court having entered an Order Granting the Rynerson and LVI Defendants' Motions to Dismiss for Failure to State a Claim (ECF No. 132),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Granting Defendants' Motions to Dismiss, this action is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

September 29, 2021
Date